IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CORNELIUS VANN**                                                                                  **PLAINTIFF**
**ADC #149251**

v.                                      Case No: 5:18-cv-00084-KGB

**LAKENDRA SMITH,** *et al.*                                                    **DEFENDANTS**

**ORDER**

      The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Accordingly, the Court dismisses with prejudice plaintiff Cornelius Vann's complaint as barred by *res judicata* and because it fails to state a claim upon which relief may be granted. (Dkt. No. 2). The Court further concludes that dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). Finally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

      It is so ordered, this the 7th day of March, 2019.

                                                                              Kristine G. Baker
                                                                              United States District Judge