IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CORNELIUS VANN**                                                                **PLAINTIFF**
**ADC #149251**

v.                               **Case No: 5:18-cv-00084-KGB**

**LAKENDRA SMITH,** *et al.*                                    **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Cornelius Vann's claims against defendants are dismissed with prejudice.

So adjudged this the 7th day of March, 2019.

*/s/ Kristine G. Baker*
    Kristine G. Baker
    United States District Judge